# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**United States of America**
    Plaintiff
  vs.                              CASE NUMBER: 1:12-CV-595 (NAM/RFT)

**$22,700.00 in U.S. Currency**
    Defendant

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the sum of $9,700.00 in U.S. Currency is forfeited to the United States of America, and shall be disposed of in accordance with law by the United States Marshals Service. It is further ordered that the United States Marshals Service shall return the remaining balance of $13,000.00 in U.S. Currency, to the claimant, Sharon Halliburton, by and through her attorney, Renee L. Litz, Esq. Each of the parties bear its own costs.

All of the above pursuant to the Stipulated Settlement Agreement and Order of Forfeiture of the Honorable Judge Norman A. Mordue, dated the 7th day of January, 2013.

DATED: January 8, 2013

*(signature)*
Clerk of Court

/s
Nicole Killius
Deputy Clerk